UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 06194
  TERESA F MELTON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-3979


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/23/2005 and was confirmed 05/16/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 11/26/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | 500.00 | 95.95 | 279.08 |
| AMERICAN GENERAL FINANCE | UNSECURED | 3172.80 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 7445.00 | 1437.48 | 4332.03 |
| AMERICAN GENERAL FINANCE | UNSECURED | 5785.89 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1262.10 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 792.47 | .00 | .00 |
| HOME BANKCARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| EMERGE MASTERCARD | UNSECURED | 835.70 | .00 | .00 |
| GMAC | SECURED | 6986.56 | 4597.98 | 3212.84 |
| GMAC | UNSECURED | NOT FILED | .00 | .00 |
| JAMES M PHILBRICK | COST OF COLLE | 650.00 | .00 | 650.00 |
| ECAST SETTLEMENT CORP | UNSECURED | 536.58 | .00 | .00 |
| LEGAL HELPERS PC | DEBTOR ATTY | 2,300.00 | | 2,300.00 |
| TOM VAUGHN | TRUSTEE | | | 1,129.78 |
| DEBTOR REFUND | REFUND | | | 244.11 |

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 18,279.25 | |
| PRIORITY | | .00 |
| SECURED | | 8,473.95 |
|   INTEREST | | 6,131.41 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,300.00 |
| TRUSTEE COMPENSATION | | 1,129.78 |
| DEBTOR REFUND | | 244.11 |
| TOTALS | 18,279.25 | 18,279.25 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 06194 TERESA F MELTON

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


/s/ Tom Vaughn

Dated: 02/24/09         _____
                        TOM VAUGHN
                        CHAPTER 13 TRUSTEE